THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terrance T.
 Alston, Appellant.
 
 
 

Appeal From Horry County
 Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2009-UP-054
 Submitted January 2, 2009  Filed January
15, 2009    

AFFIRMED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor
 J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Terrance T. Alston appeals his convictions of second degree lynching, armed
 robbery, assault and battery of a high and aggravated nature, and possession of
 a firearm during the commission of a violent crime.  Alston argues the trial
 court erred by denying him the right to make the final argument.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authorities:  State
 v. Dunbar, 356 S.C. 138, 142, 587
 S.E.2d 691, 693-694 (2003) (In order for an issue to be preserved for
 appellate review, it must have been raised to and ruled upon by the trial
 judge.  Issues not raised and ruled upon in the trial court will not be
 considered on appeal.); State v. Rice, 375 S.C. 302, 323, 652 S.E.2d
 409, 419 (Ct. App. 2007) (In order to preserve for review an alleged error,
 the objection should be sufficiently specific to bring into focus the precise
 nature of the alleged error so it can be reasonably understood by the court.).

AFFIRMED.[1]
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.